DAYLE ELIESON
United States Attorney
JAMES E. KELLER (NVBN 10636)
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
James.Keller3@usdoj.gov
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3:18-cr-00055-RCJ-WGC

| UNITED STATES OF AMERICA, | No. |
|---|---|
| Plaintiff, | **INDICTMENT FOR VIOLATIONS OF:** |
| v. | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Possession of a Firearm by a Prohibited Person (Count 1) |
| Jose Valentin MORA, a/k/a Cholo, a/k/a Magic, Jose MORA-Silva, and Dagoberto MORA-Silva, | 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2) – Possession of a Firearm by a Prohibited Person (Count 2) |
| Defendants. | 18 U.S.C. § 2 – Aiding and Abetting (Counts 1 and 2) |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possession of a Firearm by a Prohibited Person –
18 U.S.C. §§ 922(g)(1) and 924(a)(2); 18 U.S.C. § 2)

Between on or about May 8, 2018, and June 14, 2018, in the State and District of Nevada,

Jose Valentin MORA, a/k/a Cholo, a/k/a Magic,
and
Dagoberto MORA-Silva,

defendants herein, did knowingly possess a firearm, that is, a Bersa Thunder .380 caliber pistol, bearing serial number C97681, that had been shipped and transported in interstate and foreign

1

commerce, and aid and abet in the possession of said firearm by defendant Jose Valentin MORA, a/k/a Cholo, a/k/a Magic, who had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Trafficking in a Controlled Substance, a violation of Nevada Revised Statutes ("NRS") 453.3385, on May 1, 2007; all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and 18 U.S.C. § 2.

## COUNT TWO
(Possession of a Firearm by a Prohibited Person –
18 U.S.C. §§ 922(g)(5)(A), and 924(a)(2); 18 U.S.C. § 2)

Between on or about May 8, 2018, and June 14, 2018, in the State and District of Nevada,

Jose MORA-Silva,
and
Dagoberto MORA-Silva,

defendants herein, did knowingly possess a firearm, that is, a Bersa Thunder .380 caliber pistol, bearing serial number C97681, that had been shipped and transported in interstate and foreign commerce, and aid and abet in the possession of said firearm by defendant Jose MORA-Silva who was then an alien illegally and unlawfully in the United States; all in violation of 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2), and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

Upon conviction of one or more of the firearms offenses alleged in Counts One and Two of this Indictment, each of which is alleged as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c),

Jose Valentin MORA, a/k/a Cholo, a/k/a Magic,
Jose MORA-Silva,
and
Dagoberto MORA-Silva,

////

////

2

defendants herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of Title 18, United States Code, Sections 922(g)(1) and 922(g)(5)(A):

    a. a Bersa Thunder .380 caliber pistol, bearing serial number C97681; and

    b. any and all ammunition (collectively, the "property").

All pursuant to Title 18, United States Code, Sections 922(g)(1) and 922(g)(5)(A); Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c).

DATED this 27th day of June 2018.

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

DAYLE ELIESON
United States Attorney

JAMES E. KELLER
Assistant United States Attorney

3