PER 18 U.S.C. 3170

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT ||
|---|---|
| BY: ☐ INFORMATION  ☑ INDICTMENT<br><br>Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile<br>☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added<br>☐ Indictment  ☐ Charges/Counts Added<br>☐ Information<br><br>**Name of District Court, and/or Judge/Magistrate Location (City)**<br>UNITED STATES DISTRICT COURT  RENO<br>DISTRICT OF NEVADA  Divisional Office<br><br>**Name and Office of Person Furnishing Information on THIS FORM**: Teresa Gonzalez<br>☑ U.S. Atty  ☐ Other U.S. Agency<br>Phone No. (775) 784-5438<br><br>**Name of Asst. U.S. Attorney (if assigned)**: JAMES E. KELLER | CASE NO. 3:18-cr-00055-RCJ-WGC<br>USA vs.<br>Defendant: JOSE VALENTIN MORA<br>Address:<br><br>☐ Interpreter Required  Dialect:<br><br>Birth Date _____  ☑ Male  ☐ Female  ☐ Alien (if applicable)<br><br>Social Security Number _____<br><br>FILED / ENTERED<br>JUN 27 2018<br>CLERK U.S. DISTRICT COURT<br>DIST. OF NEVADA<br>BY: _____ DEPUTY |
| **PROCEEDING**<br>**Name of Complainant Agency, or Person (& Title, if any)**<br>FBI<br><br>☐ person is awaiting trial in another Federal or State Court (give name of court)<br><br>☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District<br><br>☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense<br><br>☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)<br><br>SHOW DOCKET NO. 3:18-mj-00102-VPC<br><br>☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under<br><br>MAG. JUDGE CASE NO.<br><br>Place of offense / County | **DEFENDANT**<br>Issue: ☑ Warrant  ☐ Summons<br><br>Location Status:<br>Arrest Date _____ or Date Transferred to Federal Custody _____<br>☑ Currently in Federal Custody<br>☐ Currently in State Custody  ☐ Writ Required<br>☐ Currently on bond<br>☐ Fugitive<br><br>Defense Counsel (if any): Christopher Frey<br>☑ FPD  ☐ CJA  ☐ RET'D<br>☐ Appointed on Target Letter<br><br>☐ This report amends AO 257 previously submitted |

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts: 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18:922(g)(1) and 924(a)(2) | Possession of a Firearm by Prohibited Person | 1 |